Lauren Hausman (CA BAR NO. 349514)
**COPYCAT LEGAL PLLC**
113 N San Vicente Blvd, Suite 232
Beverly Hills, CA 90211
T: (877) 437-6228
E: lauren@copycatlegal.com

Attorney for Plaintiff
AUGUST IMAGE, LLC

Eric L. Tanezaki (SBN 185,003)
etanezaki@stetinalaw.com
Shunsuke S. Sumitani (SBN 241,056)
ssumitani@stetinalaw.com
STETINA BRUNDA GARRED & BRUCKER
75 Enterprise, Suite 250
Aliso Viejo, CA 92656
T: (949) 855-1246
E: litigation@stetinalaw.com

Attorneys for Defendant
*Ballislife, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUST IMAGE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BALLISLIFE, INC., <br><br> Defendant. | Civil Action No. 5:24-cv-00360 <br><br> **JOINT NOTICE OF SETTLEMENT** |

Plaintiff August Image, LLC ("Plaintiff") and Ballislife, Inc. ("Defendant"), being all parties that have entered an appearance in this case, hereby give notice that the parties have reached a settlement that fully resolves this lawsuit. The parties anticipate filing a stipulation of dismissal with prejudice within the next 30 days.

Dated: October 18, 2024

| | |
|---|---|
| COPYCAT LEGAL PLLC<br>113 North San Vicente Boulevard<br>Suite 232<br>Beverly Hills, CA 90211<br>Telephone: (877) 437-6228<br>lauren@copycatlegal.com | STETINA BRUNDA GARRED & BRUCKER<br>75 Enterprise<br>Suite 250<br>Aliso Viejo, CA 92656<br>Telephone: (949) 855-1246<br>ssumitani@stetinalaw.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| By: /s/ Lauren M. Hausman<br>     Lauren M. Hausman, Esq. | By: /s/ Shunsuke S. Sumitani<br>     Shunsuke S. Sumitani, Esq. |

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

                              /s/ Lauren M. Hausman
                              Lauren M. Hausman, Esq.